UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY SMITH,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendants.
_____/

Case No: 16-11691
Hon. Victoria A. Roberts

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 6, 2017, Magistrate Judge Whalen issued a Report and Recommendation [Doc.28], recommending that Defendant's Motion for Summary Judgment [Doc. 25] be GRANTED and Plaintiff's Motion for Summary Judgment [Doc.21] be DENIED. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

    Plaintiff's Motion is DENIED.
    Defendant's Motion is GRANTED.
    The Report and Recommendation is ADOPTED.

    IT IS ORDERED.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: July 28, 2017